AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

FILED
U.S. District Court
District of Kansas
DEC 17 2020
Clerk, U.S. District Court
By  Deputy Clerk

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>the premises of Ross Dress For Less, located at 2740 N<br>Greenwich Court, Wichita, Kansas | )<br>)<br>)   Case No. 20-M-6169-01-KGG<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

the premises of Ross Dress For Less, located at 2740 N Greenwich Court, Wichita, Kansas,

located in the _____ District of _____Kansas_____ , there is now concealed *(identify the person or describe the property to be seized)*:

counterfeit United States Currency, as identified in the attached affidavit of probable cause.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 471 | Manufacture of Counterfeit US Currency |
| 18 U.S.C. 472 | Possession or Concealing Counterfeit US Currency |

The application is based on these facts:
See Attached Affidavit of Probable Cause.

☑ Continued on the attached sheet.
☐ Delayed notice of \_\_\_\_\_ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Greg Tiano, Senior Special Agent, US Secret Service
*Printed name and title*

Sworn to before me and signed ~~in my presence.~~ telephonically

Date: 12-17-20

*Judge's signature*

City and state: Wichita, KS

The Honorable Kenneth G. Gale
*Printed name and title*



FILED
U.S. District Court
District of Kansas
DEC 18 2020
Clerk, U.S. District Court
By _____ Deputy Clerk

THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

IN THE MATTER OF THE        )
SEARCH OF:                  )
                            )   No: 20-m-6169-01-KGG
ROSS DRESS FOR LESS         )
2740 N. Greenwich Rd.       )
Wichita, KS                 )

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Greg Tiano, being of lawful age, being first duly sworn, depose and say that I am a Special Agent for the United States Secret Service, and I have reason to believe that evidence of counterfeit United States currency is present in the "premises," herein defined as:

ROSS DRESS FOR LESS
2740 N. Greenwich Rd.
Wichita, KS

### INTRODUCTION

1. I am a Special Agent with the United States Secret Service (USSS), Wichita, Kansas. I have been with the Secret Service since June 23, 1997. Prior to my employment as a Special Agent with the Secret Service, I was a New Mexico State Police Officer. I am have been trained to investigate crimes involving violations of Title 18, United States Code Sections 471 (manufacturing counterfeit currency) and 472 (possession of counterfeit currency).

2. As a Special Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States and know that

1

counterfeit currency is considered contraband, and possession of counterfeit currency is a violation of Federal Law.

3. I am investigating the activities of David Hurlburt. As will be shown below, I submit that there is probable cause to believe that David Hurlburt has violated Title 18 United States Code, Sections 471 (manufacturing counterfeit currency) and Title 18 United States Code, Sections 472 (uttering counterfeit currency) and that evidence of such violations is currently located and being maintained at the Ross Dress for Less, 2740 N. Greenwich, Wichita, KS in violation of 18 USC 474.

4. The statements in this Affidavit are based information I received from employees of the Secret Service and my personal investigation.

5. David Hurlburt is a person known to the Affiant, from prior investigation and as a cooperating source, as an individual previously involved in the manufacturing counterfeit checks and counterfeit identification cards.

6. On 12/10/2020, staff from a Wichita, KS hotel discovered David Hurlburt had presented counterfeit currency. After this discovery, staff from the hotel entered the room previously occupied by David Hurlburt and observed equipment indicative of the manufacture of counterfeit currency. Staff from the hotel contact US Secret Service, and provided consent for Affiant to enter and search the room, wherein Affiant observed the following:

a) Counterfeit currency including but not limited to a counterfeit $50.00 Federal Reserve Note (FRN) bearing the serial number, MF913916569B.

b) Additional counterfeit $20.00 Federal Reserve Notes

c) Printing equipment

d) cutting equipment, and

e) purchase receipts.

7. On 12/11/2020, one of the receipts located during the inventory of the evidence taken from David Hurlburt's room was a purchase receipt from Ross Dress for Less, dated 11/30/2020, showing a $50.00 cash payment.

8. On 12/11/2020, USSS employee C. Johnson advised me that she had contacted Ross Dress for Less, as I had requested, and spoke with the loss prevention employee, Carla Rutiagh. Mrs. Rutiagh advised Mrs. Johnson that they had recently received a counterfeit $50 FRN that had been kept at the Ross Dress for Less. Further, advising this counterfeit was bearing the SN: MF913916569B.

9. On 12/16/2020, I telephoned and spoke with Ross Assistant Manager, Molly Paavola, who affirmed that the counterfeit currency was still being maintained at the Ross Dress for Less Store and agreed to allow me to take custody of the counterfeit that afternoon.

10. On 12/16/2020, I met with Mrs. Paavola who advised that GardaWorld (armored car service) had taken the counterfeit bill with the Ross Dress for Less deposit after our telephone call.

11. On 12/16/2020, I was telephonically advised by GardaWorld Supervisor, Brandon Burgett, that his courier, Tyler Orr, had been shown the counterfeit by Mrs. Paavola, but had not taken the counterfeit currency as part of the deposit, stating the counterfeit was still located in the cash room of the Ross Store.

12. On 12/16/2020, I telephonically contacted Mrs. Paavola who affirmed that the counterfeit currency had been included in the GardaWorld deposit, but denied sealing the

deposit, stating the deposit had been sealed by two other managers before GardaWorld's arrival. Further, she affirmed that she had shown the GardaWorld courier the counterfeit. When questioned about the discrepancy, Mrs. Paavola hung up the phone. Upon telephonically re-contacting Mrs. Paavola she advised that she had been advised not to answer any of my questions.

13. On 12/17/2020, I telephonically spoke with Ross Dress For Less, Loss Prevention Regional Manager, Jimmy Valdez, who affirmed the he had spoken with an unidentified store employee on the same date, and affirmed that the counterfeit currency was still located at the Ross Dress for Less. Further, advising it was corporate policy to refuse to turn counterfeit over to any persons other than the bank.

14. Because this affidavit is being submitted for the limited purpose of establishing probable cause to recover the evidence maintained at the Ross Dress for Less store, 2740 N. Greenwich, Wichita, KS. I have not included every detail nor every aspect of the investigation in this affidavit. Rather, it only includes the information necessary to establish probable cause which exists to issue a search/seizure warrant authorizing the seizure of the counterfeit currency maintained at the business.

15. The activities discovered by this investigation, as described herein, implicate violations of; inter alia, the following federal statutes and regulations: 18 USC Sections 471 and 472.

## CONCLUSION

Based on the foregoing, it is my belief that the premises, herein defined as:

ROSS DRESS FOR LESS
2740 N. Greenwich Rd.

4

Wichita, KS

will contain evidence of a crime in violation of Title 18, United States Code, Sections 471 (manufacturing of counterfeit currency) and 472 (possession of counterfeit currency).

_____
Greg Piano
Special Agent

Subscribed and sworn to before me ~~in my presence on~~ telephonically the 17 day of December, 2020.

_____
The Honorable Kenneth G. Gale
United States Magistrate Judge

5